UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JERRY ELIZE ROWLEY                                    CIVIL ACTION

VERSUS                                                NO. 06-6255

WAL-MART, ET AL.                                      SECTION:  "I"(3)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Jerry Elize

Rowley, which is hereby **OVERRULED**, approves the Report and Recommendation of the United

States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH**

**PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant

to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this ____25th____ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE